# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **WASTE MANAGEMENT OF OHIO, INC.** | : | CASE NO. 3:91cv81 |
| | : | |
|    **Plaintiff,** | | |
| | | JUDGE WALTER H. RICE |
| v. | : | |
| **DAYTON, CITY OF** | : | |
|    **Defendant.** | : | |

## ORDER OF DISMISSAL; TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

   **IT IS SO ORDERED.**

                                                                    */s/ Walter H. Rice*
                                                                    WALTER H. RICE, JUDGE
                                                                    UNITED STATES DISTRICT COURT